UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **James L. Keys** § | |
| Plaintiff, § | |
| § | Civil Action No. 3:22-CV-02540-N |
| v. § | |
| § | |
| **Experian Information Solutions, Inc. and** § | |
| **McBurberod Financial, Inc., d/b/a SeedFi,** § | |
| § | |
| Defendants. § | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), kindly enter Plaintiff's voluntary dismissal without prejudice as to Defendants Experian Information Solutions, Inc., ("EX") and McBurberod Financial, Inc., ("SeedFi"). All Parties to this action have consented to the dismissal of Defendants EX and SeedFi, as confirmed by the below signatures.

BY:   */s/ Richard H. Kim*
Richard Kim, Esquire
The Kim Law Firm, LLC
1635 Market St., Suite 1600
Philadelphia, PA 19103
Ph. 855-996-6342/Fax 855-235-5855
rkim@thekimlawfirmllc.com

*Attorney for Plaintiff James L. Keys*

1

        BY:    */s/ Camden Douglas*
                  Camden Douglas, Esquire
                  Jones Day
                  2727 N. Harwood Street,
                  Dallas, TX 75201
                  Ph: 214-969-3632
                  cdouglas@jonesday.com

                  *Attorney for Defendant Experian Information Solutions, Inc*

        BY:    */s/ Scott C. Jones*
                  Scott C. Jones, Esquire
                  Locke Lord LLP
                  2200 Ross Ave., Suite 2800,
                  Dallas, TX 75201
                  Ph: 214-740-8761
                  sjones@lockelord.com

                  *Attorney for Defendant McBurberod Financial Inc., d/b/a SeedFi*

Date: May 26, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of this document to be served on all parties of record via the Court's ECF notification system.

                      By:  */s/ Richard Kim*
                            Richard Kim, Esquire

Dated:   May 26, 2023